IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Polischuk, Gregory | Case Number: 08 B 03371 |
|---|---|
| | Judge: Squires, John H |
| Printed: 02/03/09 | Filed: 2/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 26, 2008
Confirmed:  May 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,968.00 | |
| Secured: |  | 294.08 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,474.00 |
| Trustee Fee: |  | 194.68 |
| Other Funds: |  | 5.24 |
| Totals: | 2,968.00 | 2,968.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,474.00 | 2,474.00 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 4. | Indymac Bank | Secured | 16,846.96 | 294.08 |
| 5. | Wells Fargo Bank | Secured | 280.87 | 0.00 |
| 6. | US Bank | Unsecured | 438.95 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 962.62 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 35.00 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 920.39 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 232.47 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 2,966.01 | 0.00 |
| 12. | RMI/MCSI | Unsecured |  | No Claim Filed |
| 13. | Fed Adjustment Burear | Unsecured |  | No Claim Filed |
| 14. | Macy's | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,157.27 | $ 2,768.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 56.42 |
| 6.6% | 138.26 |
|  | $ 194.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Polischuk, Gregory

Printed: 02/03/09

Case Number:  08 B 03371
Judge:  Squires, John H
Filed:  2/14/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*